**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

WAYNE DOYLE, SR.,

    Plaintiff,

v.                                                         Case No: 6:15-cv-2131-Orl-40PRL

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## ORDER

This cause is before the Court on Plaintiff's appeal of the administrative decision denying his application for Supplemental Security Income (Doc. 1) filed on December 21, 2015. The United States Magistrate Judge has submitted a report recommending that the Commissioner's decision should be affirmed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed January 13, 2017 (Doc. 18), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The ALJ's decision is **AFFIRMED** under sentence four of 42 U.S.C. § 405(g).

3. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on February 3, 2017.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties